## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| CAROLYN RINCKER, | ) |
|     Plaintiff, | ) |
| | ) No. 08-cv-1160 |
| v. | ) |
| ILLINOIS DEPARTMENT OF CORRECTIONS and MARY SIGLER, | ) ) ) |
|     Defendants. | ) |

## **O R D E R**

Before the Court are Defendant Mary Sigler's motions to strike and dismiss, both filed on September 15, 2008 (Docs. 7, 9). On October 23, 2008, Magistrate Judge Cudmore issued a Report and Recommendation (R&R) granting both motions (Doc. 12). In the R&R, Judge Cudmore noted that Plaintiff had no objection to the dismissal of Defendant Mary Sigler, in her individual and official capacities, from this action. Further, no objections were made to the R&R within the time allotted. Accordingly, pursuant to Federal Rule of Civil Procedure 72, the R&R is ACCEPTED and ADOPTED. Both the motion to strike and the motion to dismiss are GRANTED. The Clerk is directed to terminate Defendant Mary Sigler as a party to this action.

    ENTERED this <u>13th</u> day of April, 2009.

                                                 s/ Joe B. McDade
                                                JOE BILLY MCDADE
                                              United States District Judge